IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMIR HAKIM MCCAIN a/k/a JOHN MCCAIN,** | : | **Civ. No. 1:12-cv-0789** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | **Judge Rambo** |
| **JOHN E. WETZEL, et al.,,** | : | |
| **Defendants** | : | **Magistrate Judge Schwab** |

# O R D E R

     **AND NOW**, this 19th day of April, 2016, **IT IS HEREBY ORDERED** as follows:

1) The motion for an extension of time (Doc. 326) is **DENIED**.

2) The report and recommendation (Doc. 319) is **ADOPTED**.

3) Defendant Thomas Roegner's motion for partial summary judgment (Doc. 259) as to the First Amendment retaliation claim is **GRANTED**.

4) The clerk of court shall not enter judgment of record until all issues in this case have been resolved.

5) This matter is remanded back to the magistrate judge for further proceedings.


      s/Sylvia H. Rambo
      United States District Judge