# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMIR McCAIN aka/a JOHN McCAIN, | : | Civil No. 1:12-cv-789 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, *et al.*, | : | |
| | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** McCain's request for an injunction and temporary restraining order (Doc. 349), motion for pretrial proceeding relating to a telephone conference (Doc. 355), and motion for preliminary injunction and temporary restraining order (Doc. 360) are **DENIED**.

**IT IS FURTHER ORDERED** that jury selection and trial will commence on July 24, 2017 at 9:30 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    s/Sylvia H. Rambo  
    SYLVIA H. RAMBO  
    United States District Judge

Dated: May 17, 2017