IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMIR McCAIN a/k/a JOHN McCAIN** | : | Civil No. 1:12-cv-0789 |
| Plaintiff, | : | |
| v. | : | |
| **JOHN E. WETZEL**, *et al.*, | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff has properly exhausted his administrative remedies under DC-ADM 001. A trial date will be forthcoming in a separate order.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge

Dated: July 17, 2018