IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN McCAIN, | : | |
|     Plaintiff | : | |
| | : | No. 1:12-cv-789 |
| v. | : | |
| | : | (Judge Rambo) |
| JOHN E. WETZEL, *et al.*, | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, on this 24th day of October 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT** Plaintiff's motion for notes of testimony (Doc. No. 506), motion for a new trial (Doc. No. 510), motion for a subpoena (Doc. No. 515), and motion for recusal (Doc. No. 517) are **DENIED**. This case shall remain **CLOSED**.

                                                              s/Sylvia H. Rambo
                                                              Sylvia H. Rambo
                                                              United States District Judge